**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re:                                §
                                      §
FIDELITY WES BUILDERS, INC.           §        Case No. 09-01247
                                      §
        Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/26/2012 in Courtroom 742,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                      Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
  §
FIDELITY WES BUILDERS, INC. §   Case No. 09-01247
  §
  §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,922.61 |
| and approved disbursements of | $ | 71.97 |
| leaving a balance on hand of[1] | $ | 5,850.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 1,269.03 | $ 0.00 | $ 1,269.03 |
| Trustee Expenses: Phillip D. Levey | $ 16.65 | $ 0.00 | $ 16.65 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 3,285.00 | $ 0.00 | $ 3,285.00 |
| Other: International Sureties, Ltd. | $ 3.61 | $ 3.61 | $ 0.00 |

  Total to be paid for chapter 7 administrative expenses    $   4,570.68
  Remaining Balance                                         $   1,279.96

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 539.62  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Verizon Wireless | $ 539.62 | $ 0.00 | $ 539.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 539.62 |
| | Remaining Balance | | $ | 740.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 8.07 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 732.27 .

Prepared By: /s/Phillip D. Levey
Trustee's Counsel

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-01247-CAD
Fidelity Wes Builders, Inc.                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2              Date Rcvd: Jun 29, 2012
                              Form ID: pdf006           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
db           +Fidelity Wes Builders, Inc.,    1540 Dundee Road, Third Floor,    Palatine, IL 60074-8300
13051095     +America United Bank,    Attn: Dan Long,    321 W. Golf Road,    Schaumburg, IL 60196-1085
13485310     +Lennar Home Builders,    Attn Controller's Office (Rob),    2300 Barrington Road,
               Hoffman Estates, IL 60169-2082
13485311     +Michael DeMar,   1540 Dundee Road 3rd fl,    Palatine, IL 60074-8326
13051096     +Midwest Bank,    Attn: Steve Brockland,    2045 E. Algonquin Road,    Algonquin, IL 60102-9603
13051097     +Reinke & Associates,    c/o John P. Cooney,    4925 Indiana Avenue, Suite 101,
               Lisle, IL 60532-1611
13051098     +Tom and Jennifer Didier,    co Eric Reinhardt,    33 N. County Street,    Waukegan, IL 60085-4315
13485313      Warren Smith,   Kildeer, IL

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13485312     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 30 2012 03:00:04      Verizon,   POB 25505,
               Lehigh Valley, PA 18002-5505
14609521     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 30 2012 03:00:04      Verizon Wireless,
               P O Box 3397,    Blooming, IL 61702-3397
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Jun 29, 2012
                               Form ID: pdf006           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2012 at the address(es) listed below:

              John P Cooney    on behalf of Petitioning Creditor   Reinke + Associates Architects Inc
               jcooney@cooneycorso.com
              Lester A Ottenheimer, III    on behalf of Debtor   Fidelity Wes Builders, Inc.
               lottenheimer@otrlaw.com, nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip D Levey    levey47@hotmail.com, plevey@ecf.epiqsystems.com
                                                                                             TOTAL: 4