# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FIDELITY WES BUILDERS, INC. | § § | Case No. 09-01247 |
| Debtor(s) | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
|  |  |  |  |
| Clerk, U.S. Bankruptcy Court |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | America United Bank Attn: Dan Long 321 W. Golf Road Schaumburg, IL 60196 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Bank Attn: Steve Brockland 2045 E. Algonquin Road Algonquin, IL 60102 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Reinke & Associates c/o John P. Cooney 4925 Indiana Avenue, Suite 101 Lisle, IL 60532 | | | | | |
| | Tom and Jennifer Didier co Eric Reinhardt 33 N. County Street Waukegan, IL 60085 | | | | | |
| 000002 | REINKE & ASSOCIATES | | | | | |
| 000001 | VERIZON WIRELESS | | | | | |
| | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No:        09-01247       CAD    Judge: CAROL A. DOYLE                                Trustee Name:                  Phillip D. Levey
Case Name:      FIDELITY WES BUILDERS, INC.                                                Date Filed (f) or Converted (c):   01/16/09 (f)
                                                                                           341(a) Meeting Date:               02/23/09
For Period Ending: 06/28/12                                                                Claims Bar Date:                   10/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNT | 5,000.00 | 5,919.31 | | 5,919.31 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.30 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,000.00 | $5,919.31 | $5,922.61 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12        Current Projected Date of Final Report (TFR): 03/31/12

LFORM1                                                                                                                                          Ver: 16.06b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 09-01247 -CAD | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | FIDELITY WES BUILDERS, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******3042 Checking |
| Taxpayer ID No: | *******8966 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/13 | | Bank of America | Transfer from Bank of America | 9999-000 | 736.96 | | 736.96 |
| 01/16/13 | 010001 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend | 8200-000 | | 736.96 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 736.96 | 736.96 | 0.00 |
| | Less: Bank Transfers/CD's | | 736.96 | 0.00 | |
| | Subtotal | | 0.00 | 736.96 | |
| | Less: Payments to Debtors | | | 736.96 | |
| | Net | | 0.00 | 0.00 | |

Page Subtotals  736.96  736.96

Ver: 17.01
LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-01247 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | FIDELITY WES BUILDERS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3438  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8966 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/09 | 1 | Fidelity Wes Builders, Inc. | Turnover of Bank Account | 1129-000 | 919.31 | | 919.31 |
| 09/07/09 | 1 | Fidleity Wes Builders, Inc. | Turnover of Bank Account | 1129-000 | 5,000.00 | | 5,919.31 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.10 | | 5,919.41 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,919.56 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,919.71 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,919.86 |
| 01/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,920.00 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,920.14 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,920.30 |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,920.45 |
| 05/28/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,920.60 |
| 05/31/10 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET, SUITE 120 NEW ORLEANS, LA 70139 | BLANKET BOND 2/1/10 - 2/1/11 | 2300-000 | | 11.83 | 5,908.77 |
| 06/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,908.92 |
| 07/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,909.07 |
| 08/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,909.23 |
| 09/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,909.38 |
| 10/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,909.52 |
| 11/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.16 | | 5,909.68 |
| 12/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,909.83 |
| 01/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 5,909.98 |
| 02/28/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,910.03 |
| 03/08/11 | 000102 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 3.61 | 5,906.42 |
| 03/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.47 |
| 04/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.52 |

Page Subtotals      5,921.96      15.44

Ver: 17.01

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01247 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | FIDELITY WES BUILDERS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3438 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8966 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.57 |
| 06/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.62 |
| 07/29/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.67 |
| 08/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.72 |
| 09/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.77 |
| 10/31/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,906.82 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.53 | 5,899.29 |
| 11/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,899.34 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.27 | 5,892.07 |
| 12/30/11 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,892.12 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.26 | 5,884.86 |
| 01/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,884.91 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.72 | 5,877.19 |
| 02/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,877.24 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 6.99 | 5,870.25 |
| 03/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,870.30 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.22 | 5,863.08 |
| 04/05/12 | 000103 | International Sureties, Ltd. 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Bond # 016026455 | 2300-000 | | 5.10 | 5,857.98 |
| 04/30/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,858.03 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 7.44 | 5,850.59 |
| 05/31/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,850.64 |
| 06/29/12 | 2 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,850.69 |
| 07/30/12 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,850.73 |
| 07/30/12 | | Transfer to Acct #*******4928 | Final Posting Transfer | 9999-000 | | 5,850.73 | 0.00 |

Page Subtotals    0.74    5,907.26

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-01247 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | FIDELITY WES BUILDERS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******3438 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8966 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,922.70 | 5,922.70 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 5,850.73 | |
| | | | Subtotal | | 5,922.70 | 71.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,922.70 | 71.97 | |

Page Subtotals  0.00  0.00

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-01247 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | FIDELITY WES BUILDERS, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******4928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8966 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/12 | | Transfer from Acct #*******3438 | Transfer In From MMA Account | 9999-000 | 5,850.73 | | 5,850.73 |
| 07/31/12 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,269.04 | 4,581.69 |
| 07/31/12 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 16.65 | 4,565.04 |
| 07/31/12 | 000103 | Phillip D. Levey | ATTORNEY FEES | 3110-000 | | 3,285.00 | 1,280.04 |
| 07/31/12 | 000104 | Verizon Wireless<br>P O Box 3397<br>Blooming, IL 61702 | Claim 000001, Payment 100.64119% | | | 543.08 | 736.96 |
| | | | Claim 539.62 | 7100-000 | | | |
| | | | Interest 3.46 | 7990-000 | | | |
| * 07/31/12 | 000105 | FIDELITY WES BUILDERS, INC.<br>1540 DUNDEE ROAD, THIRD FLOOR<br>PALATINE, IL 60074 | Surplus Funds | | | 736.96 | 0.00 |
| | | | Claim 732.27 | 8200-003 | | | |
| | | | Interest 4.69 | 7990-003 | | | |
| * 12/17/12 | 000105 | FIDELITY WES BUILDERS, INC.<br>1540 DUNDEE ROAD, THIRD FLOOR<br>PALATINE, IL 60074 | Surplus Funds<br>Check was not cashed. Received cashiers check from<br>Bank of America for same and deposited it with<br>Associated Bank. | | | -736.96 | 736.96 |
| | | | Claim ( 732.27 ) | 8200-003 | | | |
| | | | Interest ( 4.69) | 7990-003 | | | |
| 12/17/12 | | Associated Bank | Transfer funds to Associated Bank. | 9999-000 | | 736.96 | 0.00 |

Page Subtotals  5,850.73  5,850.73

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-01247 -CAD | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | FIDELITY WES BUILDERS, INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******4928 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8966 |  |  |
| For Period Ending: | 03/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,850.73 | 5,850.73 | 0.00 |
| Less: Bank Transfers/CD's | 5,850.73 | 0.00 |  |
| Subtotal | 0.00 | 5,850.73 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 5,850.73 |  |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking - ********3042 | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - ********3438 | 5,922.70 | 71.97 | 0.00 |
| Checking Account (Non-Interest Earn - ********4928 | 0.00 | 5,850.73 | 0.00 |
|  | 5,922.70 | 5,922.70 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*